UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

C. C. MENNEN, et al.,

        Plaintiffs,

   v.                                         Case No. 08-C-765

CITY OF GREEN BAY, et al.,

        Defendants.

**ORDER**

        Plaintiffs have filed a number of "motions for discovery" asking the Court to enter an order "requiring the defendants to permit the government to inspect and copy" certain items, including books, photographs, etc., that could be used at trial. The motions will be denied as unnecessary. As Plaintiffs seem to appreciate, federal discovery rules allow discovery of records and other information that could lead to evidence relevant to the issues in the case. Absent some indication that any of the Defendants is wrongfully withholding discoverable evidence, there is no need to enter an order requiring them to disclose materials.

        Plaintiffs have also filed a number of copies (each docketed separately) of a document captioned as a "motion and motion in the United States District Court in and for the Eastern District of Wisconsin Twelve Man Jury Demanded by jury nullification ordered." These motions recite the history of the Fourth Amendment and cite numerous historical sources, but they are not intelligible as motions *per se* and the relief they seek is unclear. Accordingly, they will be denied summarily. Finally, Plaintiffs have filed a number of documents captioned as answers. Some of these have been

docketed by the clerk as motions for judgment on the pleadings. None of these documents are properly before me. Plaintiffs do not need to file any answers – the Defendants have not filed any counterclaims against them. To the extent they seek judgment on the pleadings, the motions are summarily denied. This is not an appropriate case to grant judgment on the pleadings, and there is no basis to grant relief on any of the grounds put forth by the Plaintiffs.

All of the pending motions are **DENIED**. Plaintiffs are cautioned to cease filing frivolous and unintelligible papers in this court, and they are counseled to attempt to obtain an attorney to represent them. Upon the close of discovery, one or both sides may move for summary judgment based on all of the evidence that has been produced through discovery. Until that time, this Court does not expect to continue receiving requests for relief that have no basis in law or fact.

**SO ORDERED** this   8th   day of January, 2009.

 s/ William C. Griesbach  
William C. Griesbach  
United States District Judge